[No. 12680–0–II.  Division Two.  February 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL GENE
MCALLISTER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 88–1–00248–0, Michael G. Spencer, J.,
entered February 13, 1989. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Worswick, J.

[No. 12664–8–II.  Division Two.  February 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID LYLE
WIXON, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 88–1–00348–1, Don L. McCulloch, J.,
entered December 22, 1988. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J.,
and Reed, J.

[No. 12479–3–II.  Division Two.  February 21, 1990.]

*In the Matter of the Marriage of* CECELIA G. MORRIS,
*Respondent, and* JEFFREY P. JENS,
*Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 87–3–00276–0, Leonard W. Costello, J. Pro
Tem., entered November 28, 1988. *Reversed* by unpub-
lished opinion per Worswick, J., concurred in by Alexander,
C.J., and Petrich, J.